# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

AKEEM KAHLIL FOREHAND,     )
                           )
  Plaintiff,              )
                           )
v.                         )  Case No. CV414-190
                           )
LATOYA GROOVER, JULIA      )
JOHNSON, HAROLD JOHNSON,   )
and STATE OF GEORGIA,      )
                           )
  Defendants.             )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of __April__, 2015.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA